ROTTAGLIATA v. HAYWARD. (Supreme Court, Appellate Division, First Department.

January 15, 1904.) Action by Anna P. Rottagliata against Thomas J. Hayward. No opinion. Motion granted.